

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00170-CV

**RODERICK COURTNEY,**

                                                **Appellant**

 **v.**

**MONTY HOLDINGS, LLC,**

                                                **Appellee**

From the County Court at Law No. 3
McLennan County, Texas
Trial Court No. 2023-0423-CV3

## MEMORANDUM  OPINION

Roderick Courtney appeals from a judgment rendered against him on June 6, 2023.

By letter dated July 11, 2023, the Clerk of this Court notified Courtney that his original

filing fee for the appeal was past due.  Courtney was warned in the same letter that failure

to pay the filing fee within fourteen days from the date of the letter would result in the

appeal being dismissed.  *See* TEX. R. APP. P. 42.3(c).  More than fourteen days have passed,

and Courtney has failed to pay his original filing fee.  Further, our record contains no

evidence that Courtney is excused by statute or rule from paying the filing fee.  *See* TEX.

R. APP. P. 5, 20.1.

Accordingly, this appeal is dismissed.


STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Dismissed
Opinion delivered and filed August 9, 2023
[CV06]

